U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 5-15-00
LORETTA G. WHYTE
CLERK

00-329

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                                SECTION: L

You are hereby notified that the following cases in which issue is not joined, or in which no action has taken place within the past 60 days, will be called on **WEDNESDAY, JUNE 21, 2000, at 9:00 am by JUDGE ELDON E. FALLON**, and if no good cause be shown for such inaction, they will be dismissed:

| Case No. | Caption |
|---|---|
| 96-554 | JIMMIE DAUZAT V. DANEK MEDICAL, INC., ET AL |
| ORDERED: | |
| 98-2446 | DIANNE M. GUYTON V REGIONS BANK, ET AL |
| ORDERED: | |
| 99-1790 c/w 93-587 | DAVIS OIL COMPANY V GULF CANADA RESOURCES LIMITED |
| ORDERED: | |
| 99-2296 | CARGILL FERROUS INTERNATIONAL V. MV DORINE, ET AL |
| ORDERED: | |
| 99-2937 | DEXTER D. STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL |
| ORDERED: | |
| 99-3087 | KEITH LAURENDINE V. TEAMSTERS LOCAL 270, ETC. |
| ORDERED: | |
| 99-3375 | MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL |
| ORDERED: | |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL |
| ORDERED: | |
| 99-3734 | IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC. |
| ORDERED: | |
| 99-3873 c/w 96-3602 | GERARD FAUCHEUX V. LA. WORKERS COMPENSATION CORP., ET AL |
| ORDERED: | |
| 99-3918 | PHILIP NASCA V. COX COMMUNICATIONS OF NEW ORLEANS |
| ORDERED: | |
| 99-3921 | STEEL COILS, INC. V. MV CAPTAIN NICHOLAS I, ET AL |
| ORDERED: | |
| 00-130 | TRAVELERS PROPERTY CASUALTY, ET AL V. BARGE MG-322, ET AL |
| ORDERED | |
| 00-238 | IN RE: WILSON MARINE TRANSPORTERS |
| ORDERED: | |
| 00-267 | KEITH LANDRY, ET AL V. MARINE TRANSPORT LINES, INC., ET AL |
| ORDERED: | |

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
___Doc.No.___

CALL DOCKET - WEDNESDAY, JUNE 21, 2000 - 9 AM - SECTION L

00-313     PERUSAHAAN PERTAMBANGAN MINYAK DAN V. MV CHAINAT NAVEE
ORDERED: _____
00-329     HARRY MENDOZA V. RONAL SERPAS, ET AL
ORDERED: _____
00429      NORTH AMERICAN CAPACITY INS. CO V. BRISTER'S THUNDER KARTS
ORDERED: _____
00-433     LABORERS NATIONAL PENSION FUND, ET AL V. ELAINE SMITH
ORDERED: _____
00-435     UNITED STATES OF AMERICA V. ADRIANE NORRIS HATCHER
ORDERED: _____
00-516     CARGILL FERROUS INT'L. V. MV REDUTA ORDONA, ET AL
ORDERED: _____
00-788     UNITED STATES OF AMERICA V. WESLEY P. LALONDE
ORDERED: _____
00-805     DEBRA SUSAN BRYANT, ET AL V. AETNA U. S. HEALTH CARE, ET AL
ORDERED: _____

*Gaylyn M. Lambert* (signature)
Gaylyn M. Lambert
Courtroom Deputy - Section L
504-589-7686