```
                                                            FILED
                                                      U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF LA

              EASTERN DISTRICT OF LOUISIANA          2000 AUG 22 PM 12:33

                                                        LORETTA G. WHYTE
HARRY MENDOZA                      *         CIVIL ACTION   CLERK

VERSUS                             *         NO. 00-329

RONAL SERPAS                       *         SECTION "L" (4)

*    *    *    *    *    *    *    *
```

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Joseph V. DiRosa, Jr., Deputy City Attorney, and on suggesting to the Court that M. Michelle Segu will no longer be attorney of record for the above captioned case for Ronal Serpas and the City of New Orleans, and further suggesting that Joseph V. DiRosa, Jr., Deputy City Attorney, desires to be substituted as counsel of record for said defendants.

Respectfully submitted,

_____
JOSEPH V. DIROSA #4959
Deputy City Attorney
1300 Perdido Street
City Hall - 5th Floor
New Orleans, Louisiana  70112
(504) 565-6200

**FRANZ L. ZIBILICH #14914**
Chief Deputy City Attorney

**MAVIS S. EARLY**
City Attorney

DATE OF ENTRY
AUG 28 2000

APPROVED:

_____
M. MICHELLE SEGU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HARRY MENDOZA** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-329 |
| **RONAL SERPAS** | * | SECTION "L" (4) |

\* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing motion;

**IT IS ORDERED** by the Court that M. Michelle Segu be and is hereby permitted to withdraw as counsel of record for defendants, Ronal Serpas and the City of New Orleans, and that Joseph V. DiRosa, Jr., Deputy City Attorney be permitted to substitute as counsel of record for the said Ronal Serpas and the City of New Orleans in these proceedings.

NEW ORLEANS, LOUISIANA, this 23 day of _____, 2000.

_____
JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been sent to all counsel of record, by placing same in the United States Mail, postage prepaid, this 15th day of August, 2000.

_____
JOSEPH V. DIROSA, JR.