

MINUTE ENTRY
FALLON, J.
February 8, 2001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARRY MENDOZA | * | CIVIL ACTION |
| VERSUS | * | NO. 00-329 |
| RONAL SERPAS, ET AL. | * | SECTION "L" (4) |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were John H. Brown, Jr. for the plaintiff and Joseph V. DiRosa, Jr. for the defendants.

IT IS ORDERED that an in chambers status conference is scheduled for Wednesday, March 14, 2001 at 3:30 p.m. Counsel shall submit a brief status letter outlining the case's progress to the Court not later than two days prior to the conference. The letter shall be no longer than two pages and may be faxed directly to Chambers at (504) 589-6966.

DATE OF ENTRY
FEB  9 2001

