MINUTE ENTRY
FALLON, J.
March 14, 2001



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 16 AM 9: 22
MAR 1 6 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HARRY MENDOZA | * | CIVIL ACTION |
| VERSUS | * | NO. 00-329 |
| RONAL SERPAS, ET AL. | * | SECTION "L" (4) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were John H. Brown, Jr. for the plaintiff. Defense counsel did not attend, and the Court was not able to reach him by telephone. Following the conference, however, counsel contacted the Court by telephone to indicate his absence at the conference. IT IS ORDERED that counsel for defendants submit written reasons to the Court within five (5) days to explain his failure to appear for the conference.

At the conference, the Court considered plaintiff's motion to dismiss without prejudice. Defendants oppose plaintiff's motion arguing that the case should be dismissed with prejudice. The Court agrees with the parties that plaintiff's claims are ripe for dismissal because the issues raised in this litigation have been rendered moot by Civil Action No. 98-2868, *Harry Mendoza v. City of New Orleans*, pending in Section "J" of this Court.

Plaintiff resists dismissing his case with prejudice, however, because he is concerned that a dismissal with prejudice would limit any future claims of discrimination he may wish to raise. The intent of the Court in dismissing plaintiff's claims, however, is not to prejudice plaintiff from

DATE OF ENTRY
MAR 1 6 2001



presenting new claims of discrimination distinct from those addressed in this litigation. Thus, IT IS ORDERED that plaintiff's motion to dismiss is GRANTED, and plaintiff's claims are DISMISSED WITH PREJUDICE.

