UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY MENDOZA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-329** |
| **RONAL SERPAS, individually and in his official capacity as Chief of Operations for the New Orleans Police Department, ET AL** | **SECTION: L** |

## JUDGMENT

Considering the Court's Minute Entry dated March 14, 2001, as well as the prior dismissal of defendant, New Orleans Police Department, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Ronal Serpas, individually and in his official capacity as Chief of Operations for the New Orleans Police Department, The City of New Orleans, and The New Orleans Police Department, and against plaintiff, Harry Mendoza, dismissing said plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 22 day of March, 2001.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 2 2 2001